**UNITED STATES BANKRUPTCY COURT**          **PJH 9510**
**SOUTHERN DISTRICT OF NEW YORK**           **Tax ID No. 11 3178696**
**Manhattan Division**

_____

In re:

                                            Bankr. Case No.:  09-16875-JLG

SARAH BANNISTER,

                                            Chapter 7
        Debtor.

_____

SARAH BANNISTER,                            Adv. Proc. No.:  15-01418

        Plaintiff,

v.

UNITED STATES DEPARTMENT OF EDUCATION,
NATIONAL COLLEGIATE TRUST, and
CITIZENS FINANCIAL GROUP, INC.,

        Defendants.

_____

### NOTICE OF PRESENTMENT

**PLEASE TAKE NOTICE** that the Stipulation in Settlement between Plaintiff, Sarah

Bannister ("Plaintiff"), and Navient Solutions, Inc. ("Navient")  and for Dismissal of Navient

Solutions, Inc. as a Defendant in this Adversary Proceeding, dated, April 25, 2017, will be

presented to the Honorable James L. Garrity Jr. United States Bankruptcy Judge, on May 18,

2017 at 12:00 p.m. in Room 601 (JLG), United States Bankruptcy Courthouse, One Bowling

Green, New York, NY 10004-1408.

**THIS NOTICE IS GIVEN** in order to permit any interested parties to object to the

Stipulation.  Unless a party serves upon the undersigned attorney for Navient Solutions, Inc.

(Attn:  Paul J. Hooten, Esquire), and files a **WRITTEN OBJECTION AND REQUESTS A**

**HEARING** of the Bankruptcy Court before 5:00 p.m. on May 17, 2017, the relief requested in

the Stipulation may be granted by the Bankruptcy Judge.

The original of an objection **MUST BE FILED WITH PROOF OF PRIOR**

**PERSONAL SERVICE** thereof upon counsel for Navient Solutions, Inc. in the Clerk's office,

United States Bankruptcy Court, One Bowling Green, New York, NY 10004-1408.  A copy of

the Stipulation is on file and may be reviewed at the office of the Clerk of the Bankruptcy Court

during normal business hours.

DATED:       May 3, 2017              By:      */s/ Paul J. Hooten*
                                              Paul J. Hooten, Esquire (PJH9510)
                                              PAUL J. HOOTEN & ASSOCIATES
                                              5505 Nesconset Highway
                                              Suite 203
                                              Mt. Sinai, NY  11766
                                              Telephone: (631) 331-0547
                                              Facsimile: (631) 331-2627
                                              E-mail:  PJHooten@mindspring.com
                                              Attorneys for Navient Solutions, Inc.