**UNITED STATES BANKRUPTCY COURT**          PJH 9510
**SOUTHERN DISTRICT OF NEW YORK**          Tax ID No. 11 3178696
**Manhattan Division**

In re:

Bankr. Case No.:  09-16875-JLG

SARAH BANNISTER,

Chapter 7

     Debtor.

SARAH BANNISTER,                                Adv. Proc. No.:  15-01418-JLG

     Plaintiff,

v.

UNITED STATES DEPARTMENT OF EDUCATION,
NATIONAL COLLEGIATE TRUST, and
CITIZENS FINANCIAL GROUP, INC.,

     Defendants.

### ORDER APPROVING STIPULATION FOR SETTLEMENT BETWEEN PLAINTIFF AND NAVIENT SOLUTIONS, INC. AND DISMISSING NAVIENT SOLUTIONS, INC. AS A DEFENDANT IN THIS ADVERSARY PROCEEDING

Upon consideration of the Stipulation for Settlement between Plaintiff, Sarah Bannister ("Plaintiff"), and Navient Solutions, Inc. ("Navient") and for Dismissal of Navient Solutions, Inc. as a Defendant in this Adversary Proceeding, and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED**, that the Stipulation is hereby approved; and it is further

**ORDERED**, that Navient Solutions, Inc. is hereby dismissed as a Defendant in this adversary proceeding.

_____
Hon. James L. Garrity Jr.
United States Bankruptcy Judge