**UNITED STATES BANKRUPTCY COURT**      **PJH 9510**
**SOUTHERN DISTRICT OF NEW YORK**      **Tax ID No. 11 3178696**
**Manhattan Division**

---

In re:

                            Bankr. Case No.:  09-16875-JLG

SARAH BANNISTER,

                            Chapter 7

      Debtor.

---

SARAH BANNISTER,             Adv. Proc. No.:  15-01418
      Plaintiff,
v.

UNITED STATES DEPARTMENT OF EDUCATION,
NATIONAL COLLEGIATE TRUST, and
CITIZENS FINANCIAL GROUP, INC.,
      Defendants.

---

## <u>CERTIFICATE OF SERVICE</u>

      I, the undersigned, do hereby certify that I am more than 18 years of age and not a party to the matter concerning which service was accomplished.  I further certify that on the 3rd day of May, 2017, I served by first class United States mail, postage prepaid, a true and correct copy of Notice of Presentment, Stipulation between Plaintiff and Navient for Dismissal of Navient Solutions as a Defendant in this Adversary Proceeding, and Order Approving Stipulation, upon the following persons:

Scott G. Cerbin
16 Court Street, Suite 2901
Brooklyn, NY 11241

      By:      */s/ Paul J. Hooten*
              Paul J. Hooten, Esquire (PJH9510)
              PAUL J. HOOTEN & ASSOCIATES
              5505 Nesconset Highway
              Suite 203
              Mt. Sinai, NY  11766
              Telephone: (631) 331-0547
              Facsimile: (631) 331-2627
              E-mail:  PJHooten@mindspring.com
              Attorneys for Navient Solutions, Inc.